UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 DEC 29 AM 10: 34

CLERK
SO. DIST. OF GA.

IN THE MATTER OF THE SEARCH OF
AN HP STREAM LAPTOP COMPUTER,
MODEL NUMBER 13c010nr
AND SERIAL NUMBER 5CD45129QB
CURRENTLY IN THE CUSTODY OF
THE COLUMBIA COUNTY SHERIFF'S
OFFICE

Case No. 1:15-mj-41

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 29th day of December, 2015.

Brian K. Epps
United States Magistrate Judge
Southern District of Georgia



SEALED AND IMPOUNDED