UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 17 AM 11: 01

CLERK_____
SO. DIST. OF GA.

IN THE MATTER OF THE SEARCH OF
AN HP STREAM LAPTOP COMPUTER,
MODEL NUMBER 13c010nr
AND SERIAL NUMBER 5CD45129QB
CURRENTLY IN THE CUSTODY OF
THE COLUMBIA COUNTY SHERIFF'S
OFFICE

Case No. 1:15-mj-41

## ORDER

Upon motion of the United States for an order unsealing the Search Warrant, Application, and Supporting Affidavit filed on December 29, 2015, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, and good cause appearing therefor, the Defendant having been secured in custody, it is hereby,

ORDERED that the Government's motion is GRANTED. The Search Warrant, Application, and Supporting Affidavit filed on December 29, 2015, together with any Motion to Seal and Order sealing said documents in the above-referenced matter, are hereby UNSEALED.

This 17th day of March, 2016.

Hon. Brian K. Epps
United States Magistrate Judge
Southern District of Georgia